UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Madison Lynn Hanson,<br><br>                 Plaintiff,<br>v.<br>Equifax Information Services, LLC,<br><br>                 Defendant. | Court File No. _____<br><br>**NOTICE OF REMOVAL** |

      Equifax Information Services LLC ("Equifax"), and files this notice of removal of this action to the United States District Court for the District of North Dakota and provides the following grounds for removal:

    1.      This Court has original jurisdiction under 28 U.S.C. § 1331 and this action may be removed pursuant to 28 U.S.C. § 1441(a) in that at the time of the commencement of this action and filing of this notice:

        a.      Plaintiff seeks recovery of  $10,000   ;

        b.      _____;

        c.      _____; and

        d.      _____.

    2.      Equifax first received a copy of the Summons and Complaint on or after December 12, 2025.  Thirty days after such receipt has not yet expired.

    3.      Attached as **Exhibit A** to this Notice is a copy of all summons, pleadings, and orders received by Equifax to date.

    4.      The judicial district of this Court embraces Cass County, North Dakota, the place where this action is pending.

2926942

- 2 -

5.  Equifax will provide written notice to Plaintiff and file a Notice of Removal with the Clerk of the District Court of Cass County, North Dakota. A copy of the Notice of Filing is attached as **Exhibit B**.

WHEREFORE, the action now pending against Equifax in the District Court of Cass County, North Dakota, is removed to the United States District Court for the District of North Dakota pursuant to 28 U.S.C. §§ 1331, 1332 and 1441.

Respectfully submitted this 2nd day of January, 2026.

By: */s/Jeremy Thompson*
Jeremy Thompson, ND Bar No. 10083
The Law Office of Jeremy J. Thompson, PLLC
5200 Willison Road, Suite 150
Edina, MN 55424
Telephone:  (952) 952-1883
Facsimile:   (952) 952-1884
jeremy@jthompson.law
Attorney for Defendant Equifax Information Services, LLC